### UNITED STATES of America, Plaintiff–Appellee,

v.

### Nicholaz URQUIZA, a.k.a. Nicholas Urquiza, Defendant–Appellant.

No. 05–13684

Non–Argument Calendar.

D.C. Docket No. 05–00024–CR–ORL–31–DAB.

United States Court of Appeals, Eleventh Circuit.

Feb. 21, 2006.

Charles Leslie Handlin, III, Handlin & Hefferan, P.A., Orlando, FL, for Defendant–Appellant.

Sandra Woodall Deisler, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before DUBINA, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Charles L. Handlin, appointed counsel for Nicholaz Urquiza, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Urquiza's conviction and sentence are AFFIRMED.